UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES ALEXANDER LOGAN,

        Plaintiff,

v.                                Case No. 3:08-cv-993-J-12JRK

LT. FELICIA CHESTNUT,
et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system proceeding pro se, initiated this action by filing a Civil Rights Complaint Form (Doc. #1) (hereinafter Complaint) pursuant to 42 U.S.C. § 1983 on October 14, 2008. On the Complaint form, Section IV.(B) asks the following question: "Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?"  Complaint at 5.  There are parenthetical areas to mark either yes or no.  Plaintiff marked yes on his Complaint, but only listed the following case in the section of the form where he was instructed to provide information about each previous filing: Case No. 2:02-cv-285-FtM-29DNF.  Id.

Furthermore, in Section IV.(C), the following question is asked: "Have you initiated other actions *(besides those listed above in Questions (A) and (B))* in **either state or federal court**

that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?" Complaint at 6. There are parenthetical areas to mark either yes or no. Plaintiff marked yes on his Complaint, but only listed the following case in the section of the form where he was instructed to provide information about each previous filing: Case No. 3:07-cv-1156-J-32JRK. Id.

At the end of the Complaint, Plaintiff signed his name after the following statement on the form: "I declare under penalty of perjury that the foregoing is true and correct." Id. at 10A. The Court takes judicial notice of Plaintiff's previous prisoner civil rights filings in this Court: (1) Case No. 2:01-cv-588-FtM-29DNF; (2) Case No. 2:02-cv-66-FtM-29DNF; and (3) Case No. 2:02-cv-184-FtM-29DNF. Additionally, the Court takes judicial notice of Plaintiff's previous habeas corpus filing in this Court in Case No. 2:06-cv-335-FtM-99SPC.

This Court is convinced that Plaintiff understands the severity of not revealing the truth to the Court. This Court has the authority to control and manage matters such as this pending before it. This Court will not tolerate false responses and/or statements in any pleading or motion filed for consideration by the

Court. If the Court cannot rely on the statements and/or responses made, it threatens the quality of justice. Here, Plaintiff has falsely and incompletely responded to questions regarding his previous filings in Section IV., entitled "Previous Lawsuits."

Therefore, this Court is of the opinion that an appropriate sanction is to dismiss this case <u>without prejudice</u> and warn Plaintiff that such false and incomplete responses, filed herein or filed in the future, will not be tolerated and may result in more severe and long-term sanctions. For now, this case will be dismissed for Plaintiff's abuse of the judicial process in not providing the Court with true factual statements and/or responses that can be relied on to bring his case to an expeditious closure.

It is now

**ORDERED AND ADJUDGED:**

1. This case is hereby dismissed **without prejudice.**

2. The **Clerk of the Court** shall enter judgment dismissing this case without prejudice.

3. The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In refiling, Plaintiff

- 3 -

shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $350.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

    4.    The **Clerk of the Court** shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of October, 2008.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

ps 10/21
c:
James Alexander Logan

- 4 -