UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES ALEXANDER LOGAN,

        Plaintiff,

v.                                Case No. 3:08-cv-993-J-12JRK

LT. FELICIA CHESTNUT, et al.,

        Defendants.

## ORDER

In light of the Eleventh Circuit Opinion (Doc. #11), the Court will reopen this case. Accordingly, it is now

**ORDERED:**

1. The Clerk of the Court shall reopen this case.

2. Plaintiff's July 1, 2009, Motion for Attorney's Fees (Doc. #12) is **STRICKEN** as Plaintiff requested that the motion be disregarded. See Doc. #13.

3. Plaintiff's July 6, 2009, Motion for Attorney's Fees (Doc. #13) is **DENIED** as Plaintiff is not represented by counsel; however, ruling on Plaintiff's request for the costs of the $455.00 appellate filing and docketing fees is **DEFERRED** and will be carried with the case. Under 28 U.S.C. § 1920, a bill of costs should be filed, and if the costs are deemed allowable, the costs will be

included in the final judgment or decree. Accordingly, Plaintiff, if he desires to seek the costs of the appellate filing and docketing fees, shall file a Bill of Costs at the conclusion of the case. If Plaintiff fails to do so, the request for costs of the appellate filing and docketing fees will be deemed waived without further notice or order.

4. The Clerk of the Court shall provide Plaintiff with a Bill of Costs form.

**DONE AND ORDERED** at Jacksonville, Florida, this 15TH day of July, 2009.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE


sa 7/15
c:
James Alexander Logan